IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: HIGHLAND CAPITAL MANAGEMENT, <br><br> Debtor, <br><br> THE DUGABOY INVESTMENT TRUST, <br><br> Appellants. <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT L.P., et al., <br><br> Appellee. | § § § § § § § § § § § § § § § § § § Civil Action No. 3:25-CV-01876-K |

**STIPULATION EXTENDING DEADLINE TO FILE
DESIGNATION OF RECORD AND STATEMENT OF THE ISSUE**

This Stipulation (the "Stipulation") is made and entered into in the above-captioned matter between Highland Capital Management, L.P. ("HCMLP") and the Highland Claimant Trust (the "Trust" and together with HCMLP, "Highland"), on the one hand, and The Dugaboy Investment Trust ("Dugaboy"), on the other hand, by and through their respective undersigned counsel.

Dugaboy recently filed a notice of appeal to Chief Bankruptcy Judge Stacey Jernigan's June 30, 2025 "Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 363 Approving Settlement Between the Highland Entities and the HMIT Entities and Authorizing Actions Consistent Therewith" (the "Rule 9019 Settlement Order"). Pursuant to FED. R. BANKR. P. 8009(a), Dugaboy's deadline to file the Designation of Record and Statement of the Issues is Monday, July 28, 2025.

Geoffrey Harper and Winston & Strawn LLP were recently retained to act as lead counsel for Dugaboy in regard to the Rule 9019 Settlement Order. Winston & Strawn LLP needs additional time to review the case file and prepare the Designation of Record and Statement of the Issues.

Highland and Dugaboy hereby jointly stipulate and agree to extend Dugaboy's deadline to file the Designation of Record and Statement of the Issues 14 days so that the materials would be due on August 11, 2025.

Dated: July 28, 2025.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (*pro hac vice forthcoming*)<br>John A. Morris (*pro hac vice forthcoming*)<br>Gregory V. Demo (*pro hac vice forthcoming*)<br>Hayley R. Winograd (*pro hac vice forthcoming*)<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 277-6910<br>Fax: (310) 201-0760<br>Email:   jpomerantz@pszjlaw.com<br>            jmorris@pszjlaw.com<br>            gdemo@pszjlaw.com<br>            hwinograd@pszjlaw.com | **CRAWFORD, WISHNEW & LANG PLLC**<br><br>By: */s/ Michael J. Lang*<br>Michael J. Lang<br>Texas State Bar No. 24036944<br>mlang@cwl.law<br>Alexandra Ohlinger<br>Texas State Bar No. 24091423<br>aohlinger@cwl.law<br>1700 Pacific Ave, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br><br>*Counsel for Dugaboy Investment Trust* |

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2025, a true and correct copy of this document was served electronically via the Court's CM/EC system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/Michael J. Lang*
Michael J. Lang