IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P, | § § § | CHAPTER 11 Case No.19-34054-sgj11 |
| Reorganized Debtor, | § § | |
| THE DUGABOY INVESTMENT TRUST, | § § § | Civil Action No. 3:25-CV-1876-K |
| Appellant, | § § | |
| v. | § § | |
| IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Appellees. | § | |
| PATRICK DAUGHERTY, | § § | |
| Appellant, | § § | |
| v. | § § | Civil Action No. 3:25-CV-1901-K |
| IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | § § § | |
| Appellees. | § § | |

## ORDER OF CONSOLIDATION

Before the Court is the Appellees' Unopposed Motion to Consolidate Related Appeals, filed on August 8, 2025. The Motion is **GRANTED** and the Court **ORDERS**

1

that Case Nos. 3:25-CV-1876-K and 3:25-CV-1901-K are hereby **CONSOLIDATED**. All future filings shall be filed in 3:25-CV-1876-K.

**SO ORDERED.**

Signed August 8th, 2025.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE