PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (NY Bar No. 2680882)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § Chapter 11<br>§<br>§ Case No. 19-34054-sgj11<br>§<br>§ |
| THE DUGABOY INVESTMENT TRUST, et al.,<br><br>Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,<br><br>Appellees. | §<br>§<br>§<br>§<br>§ Case No. 3:25-cv-01876-K<br>§<br>§ (Consolidated with case no.<br>§ 3:25-cv-01901-K)<br>§<br>§<br>§<br>§ |

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS**
**PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1**

Highland Capital Management, L.P. (the "Reorganized Debtor") and Highland Claimant Trust (together, the "Appellees"), appellees in the above-referenced matter (the "Appeal"),

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

pursuant to Rule 8012.1 of the *Local Bankruptcy Rules* for the Northern District of Texas, hereby submit the following *Certificate of Interested Persons* (the "CIP"):

1. Highland Capital Management, L.P., appellee in this Appeal and the reorganized debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas (the "Bankruptcy Case"), and its counsel, Pachulski Stang Ziehl & Jones LLP and Hayward PLLC. Highland Capital Management, L.P., is a limited partnership, the general partner of which is HCMLP GP LLC, a privately held limited liability company. No publicly held corporation owns 10% or more of the interests in either entity.

2. Highland Claimant Trust, appellee in this Appeal, and its counsel, Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

3. Appellant The Dugaboy Investment Trust, appellant in this Appeal, and its counsel, Crawford, Wishnew & Lang PLLC (Michael J. Lang and Alexandra Ohlinger).

4. Appellant Patrick Daugherty, appellant in this Appeal, and his counsel, Gray Reed (Jason S. Brookner, Andrew K. York, Joshua D. Smeltzer, and Drake M. Rayshell).

5. Appellees reserve the right to amend or supplement this CIP as and if necessary or appropriate.

Dated: August 11, 2025           **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (NY Bar No. 2680882)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         jkroop@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
         ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 11, 2025, a true and correct copy of the foregoing *Certificate of Interested Persons* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

                                                 */s/ Zachery Z. Annable*
                                                 Zachery Z. Annable