IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | CHAPTER 11<br>Case No. 19-34054-sgj11 |
| Reorganized Debtor, | § § | |
| THE DUGABOY INVESTMENT TRUST, | § § | |
| Appellant, | § § | |
| v. | § § | Civil Action No. 3:25-CV-1876-K |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § § | |
| Appellee. | § § | |
| PATRICK DAUGHERTY | § § | |
| Appellant | § § | |
| v. | § § | Civil Action No. 3:25-CV-1901-K |
| HIGHLAND CAPITAL MANAGEMENT, L.P.  et al., | § § § § | |
| Appellees. | § | |

**APPELLANT PATRICK DAUGHERTY'S
CERTIFICATE OF INTERESTED PERSONS**

In accordance with Local Bankruptcy Rule 8012.1, Appellant Patrick Daugherty files this Certificate of Interested Persons:

The following persons, associations of persons, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities are financially interested in the outcome of this consolidated appeal:

1. Patrick Daugherty, Appellant herein;

2. Gray Reed and McGraw, LLP, the law firm representing Daugherty;

3. Jason S. Brookner, Andrew K. York, William N. Drabble, Joshua D. Smeltzer, and Drake Rayshell, counsel for Daugherty;

4. Highland Capital Management, L.P. (Highland), Appellee herein;

5. HCMLP GP, LLC, Highland's general partner;

6. Highland's limited partner(s);

7. Highland Claimant Trust, Appellee herein;

8. Pachulski Stang Ziehl & Jones LLP, a law firm representing Highland and the Highland Claimant Trust;

9. Hayward PLLC, a law firm representing Highland and the Highland Claimant Trust;

10. Jeffery N. Pomerantz, John A. Morris, Gregory V. Demo, Jordan A. Kroop, Melissa S. Hayward, and Zachery Z. Annable, counsel for Highland and the Highland Clamant Trust;

11. Marc S. Kirshner, litigation trustee of the Highland Litigation Sub-Trust;

12. Quinn Emanuel Urquhart & Sullivan, LLP, a law firm representing Kirshner;

13. Sidley Austin, LLP, a law firm representing Kirshner;

14. Deborah J. Newman, Robert S. Loigman, Penny P. Reid, and Paige Holden Montgomery, counsel for Kirshner;

15. The Dugaboy Investment Trust, Appellant herein;

16. Crawford Wishnew & Lang PLLC, the law firm representing the Dugaboy Investment Trust;

17. Michael J. Lang and Alexandra Ohlinger, counsel for the Dugaboy Investment Trust;

18. Hunter Mountain Investment Trust, Beacon Mountain LLC, Rand Advisors, LLC, Rand PE Fund I, LP, Rand PE Fund Management, LLC, Atlas IDF, LP, Atlas IDF GP, LLC (collectively, the HMIT Entities);

19. Kelly Hart Pitre, the law firm representing the HMIT Entities; and

20. Louis M. Phillips and Amelia L. Hurt, counsel for the HMIT Entities.

Respectfully submitted,

**Gray Reed & McGraw LLP**

By: _/s/ William N. Drabble_
    Jason S. Brookner
    Texas Bar No. 24033684
    Andrew K. York
    Texas Bar No. 24051554
    William N. Drabble
    Texas Bar No. 24074154
    Joshua D. Smeltzer
    Texas Bar No. 24113859
    Drake M. Rayshell
    Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email:   jbrookner@grayreed.com
          dyork@grayreed.com
          wdrabble@grayreed.com
          jsmeltzer@grayreed.com
          drayshell@grayreed.com

*Attorneys for Appellant Patrick Daugherty*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record through the electronic filing manager on this thirteenth day of August, 2025.

                                                */s/ William N. Drabble*
                                                William N. Drabble