| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **SIDLEY AUSTIN LLP** |
| Deborah J. Newman (Admitted *Pro Hac Vice*) | Penny P. Reid (Texas Bar No. 15402570) |
| Robert S. Loigman (Admitted *Pro Hac Vice*) | Paige Holden Montgomery (Texas Bar No. 24037131) |
| 295 Fifth Ave. | |
| New York, NY 10016 | 2021 McKinney Avenue |
| Telephone: (212) 849-7000 | Suite 2000 |
| | Dallas, Texas 75201 |
| *Co-counsel for Marc S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust* | Telephone: (214) 981-3500 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
|     Debtor. | |
| THE DUGABOY INVESTMENT TRUST, et al., | Case No. 3:25-cv-01876-K |
|     Appellants, | (Consolidated with Case No. 3:25-cv-01901-K) |
| v. | |
| HIGHLAND CAPITAL MANAGEMENT, L.P, et al., | |
|     Appellees. | |

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are (8357). The Reorganized Debtor's headquarters and service address is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**APPELLEE MARC S. KIRSCHNER'S, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST, CERTIFICATE OF INTERESTED PERSONS PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1**

Marc S. Kirschner (the "Litigation Trustee"), as Litigation Trustee of the Litigation Sub-Trust (the "Litigation Sub-Trust"), pursuant to Rule 8012.1 of the *Local Bankruptcy Rules* for the Northern District of Texas hereby submits the following *Certificate of Interested Persons*:

1. The Litigation Sub-Trust, appellee in this Appeal, established pursuant to the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. ("HCMLP"), the reorganized debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, Case No. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas (the "Bankruptcy Case") [Docket No. 1808], is represented by its counsel Quinn Emanuel Urquhart & Sullivan LLP and Sidley Austin LLP. The Litigation Sub-Trust is a statutory trust created under the Delaware Statutory Trust Act. The Highland Claimant Trust, also an appellee in this Appeal, is the sole beneficiary of the Litigation Sub-Trust. No publicly held corporation owns 10% or more of the interests in the Litigation Sub-Trust.

2. HCMLP, appellee in this Appeal, and its counsel, Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

3. Highland Claimant Trust, appellee in this Appeal, and its counsel, Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

4. Hunter Mountain Investment Trust, appellee in this Appeal, and its counsel Kelly Hart & Pitre.

5. The Dugaboy Investment Trust, appellant in this Appeal, and its counsel, Crawford, Wishnew & Lang PLLC (Michael J. Lang and Alexandra Ohlinger).

6. Patrick Daugherty, appellant in this Appeal, and his counsel, Gray Reed (Andrew K. York and William Nelson Drabble).

7. The Litigation Trustee reserves the right to amend or supplement this certificate of interested persons as and if necessary and/or appropriate.

| | |
|---|---|
| Dated: August 13, 2025<br>Dallas, Texas | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>/s/ *Penny P. Reid*<br>Penny P. Reid (Texas Bar No. 15402570)<br>Paige Holden Montgomery (Texas Bar No. 24037131)<br>2021 McKinney Avenue<br>Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3500<br>Facsimile: (214) 981-3400<br><br>-and-<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert S. Loigman (Admitted *Pro Hac Vice*)<br>Deborah J. Newman (Admitted *Pro Hac Vice*)<br>295 Fifth Ave.<br>New York, NY 10016<br>Telephone: (212) 849-7000<br><br>*Counsel for Appellee, Litigation Trustee* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2025 a true and correct copy of the foregoing *Appellee Marc S. Kirschner's, as Litigation Trustee of the Litigation Sub-Trust, Certificate of Interested Persons Pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District Of Texas* was served electronically via the court's ECF system upon all parties in interest requesting or consenting to such service in this case.

/s/ *Penny P. Reid*
Penny P. Reid