| | |
|---|---|
| Geoffrey S. Harper<br>Texas Bar No. 00795408<br>gharper@winston.com<br>John Michael Gaddis<br>Texas Bar No. 24069747<br>mgaddis@winston.com<br>WINSTON & STRAWN LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>(214) 453-6500<br>(214) 453-6400 (fax) | Michael J. Lang<br>Texas State Bar No. 24036944<br>mlang@cwl.law<br>Alexandra Ohlinger<br>Texas State Bar No. 24091423<br>aohlinger@cwl.law<br>CRAWFORD, WISHNEW & LANG PLLC<br>1700 Pacific Ave, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500 |

*Counsel for Appellant The Dugaboy Investment Trust*

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST, et al.,<br><br>　　　　Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P, et al.,<br><br>　　　　Appellees. | Case No. 3:25-cv-01876-K<br><br>(Consolidated with Case No. 3:25-cv-01901-K) |

**APPELLANT THE DUGABOY INVESTMENT TRUST'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas, The Dugaboy Investment Trust ("the Trust" or "Appellant"), appellant in the above-referenced

1

matter (the "Appeal"), hereby submits its Certificate of Interested Persons and would show the Court as follows:

1. The Dugaboy Investment Trust is the only Appellant in this Appeal.

2. Mr. James Dondero is the 100% primary irrevocable beneficiary of the Dugaboy Investment Trust, and accordingly has a financial interest in the outcome of this Appeal.

3. The Dugaboy Investment Trust is represented in this Appeal by Michael J. Lang and Alexandra Ohlinger of Crawford, Wishnew & Lang PLLC, and by Geoffrey S. Harper and John Michael Gaddis of Winston & Strawn LLP.

4. Highland Capital Management, L.P. is an Appellee in this Appeal and is also the reorganized debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas. Highland Capital Management, L.P. is represented in this Appeal by Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

5. Highland Claimant Trust is an Appellee in this Appeal, and is represented by Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

6. Appellant reserves the right to amend or supplement this Certificate of Interested Persons if necessary or appropriate.

Dated: August 14, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Geoffrey S. Harper*

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Appellant The Dugaboy Investment Trust*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper