Geoffrey S. Harper  
Texas Bar No. 00795408  
gharper@winston.com  
John Michael Gaddis  
Texas Bar No. 24069747  
mgaddis@winston.com  
WINSTON & STRAWN LLP  
2121 N. Pearl Street, Suite 900  
Dallas, TX 75201  
(214) 453-6500  
(214) 453-6400 (fax)  

Michael J. Lang  
Texas State Bar No. 24036944  
mlang@cwl.law  
Alexandra Ohlinger  
Texas State Bar No. 24091423  
aohlinger@cwl.law  
CRAWFORD, WISHNEW & LANG PLLC  
1700 Pacific Ave, Suite 2390  
Dallas, Texas 75201  
Telephone: (214) 817-4500  

*Counsel for Appellant The Dugaboy Investment Trust*

Jason S. Brookner (Texas Bar No. 240033684)  
Andrew K. York (Texas Bar No. 24051554)  
Joshua D. Smeltzer (Texas Bar No. 24113859)  
Drake M. Rayshell (Texas Bar No. 24118507)  
GRAY REED  
1601 Elm Street, Suite 4600  
Dallas, Texas 75201  
Telephone: (214) 954-4135  
Facsimile: (214) 953-1332  
Email: jbrookner@grayreed.com  
dyork@grayreed.com  
jsmeltzer@grayreed.com  
drayshell@grayreed.com  

*Counsel for Appellant Patrick Daugherty*

**IN THE UNITED STATES DISTRICT COURT FOR THE  
NORTHERN DISTRICT OF TEXAS  
DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST and PATRICK DAUGHERTY,<br>    Appellants,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P, et al.,<br>    Appellees. | Case No. 3:25-cv-01876-K<br>(Consolidated with Case No. 3:25-cv-01901-K) |

1

### APPELLANTS THE DUGABOY INVESTMENT TRUST AND PATRICK DAUGHERTY'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES ON APPELLEES' MOTION TO DISMISS APPEAL AS MOOT

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and for good cause shown, Appellants The Dugaboy Investment Trust and Patrick Daugherty ("Appellants") respectfully ask the Court to extend the briefing deadlines for Appellees Highland Capital Management, L.P., the Highland Claimant Trust, and Marc S. Kirschner as Litigation Trustee of the Highland Litigation Sub-Trust ("Appellees") Motion to Dismiss Appeal as Moot, which was filed on August 12, 2025 as Docket No. 21.  Specifically, Appellants ask the Court to add fourteen (14) days to each of Appellants' response deadline and Appellees' reply deadline, making the new deadlines September 2, 2025 for Appellants' Responses and September 23, 2025 for Appellees' Reply.  In support, Appellants would show the Court as follows:

1. Appellees filed their Motion to Dismiss on August 12, 2025.  Under Federal Bankruptcy Rule of Procedure 8013(a)(3), Appellants have seven (7) days to respond after being served with the Motion, and Appellees have seven (7) days to reply after being served with Appellants' responses.  This makes the current deadlines August 19, 2025 for Appellants' responses and August 26, 2025 for Appellees' reply.

2. Appellants propose an extension of an additional fourteen (14) days for each side, which would result in new deadlines of September 2, 2025 for Appellants' Responses and September 23, 2025 for Appellees' Reply.

3. Appellees do not oppose this Motion.

4. Under Fed. R. Civ. P. 6(b)(1)(a), because this Motion is filed before the expiration of the existing August 19 deadline, Appellants need only make a showing of good cause and are not required to establish excusable neglect.

5. Ample good cause exists for granting the extension sought herein. Lead Counsel Dugaboy, Geoffrey S. Harper, has experienced a personal emergency. Counsel have numerous emergent court deadlines in other proceedings. Furthermore, the legal and factual issues raised by Appellees' Motion to Dismiss Appeal as Moot (Docket No. 21) are complicated and require more time to properly brief.

6. Appellants make this request in good faith and not for the purpose of delay. Granting the requested extensions will not prejudice Appellees, because they will receive an equal amount of extra time for their reply. Furthermore, Appellees have expressed a strong preference

WHEREFORE, Appellants respectfully request that Appellants' deadline to respond to the Motion to Dismiss be extended to September 2, 2025, and Appellees' deadline to reply be extended to September 23, 2025.

Dated: August 19, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ Geoffrey S. Harper

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Appellant The Dugaboy Investment Trust*

Jason S. Brookner (Texas Bar No. 240033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
dyork@grayreed.com
jsmeltzer@grayreed.com
drayshell@grayreed.com

*Counsel for Appellant Patrick Daugherty*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper

3

## CERTIFICATE OF CONFERENCE

I certify that on August 19, 2025, I conferred with Counsel to Highland Capital Management, L.P. and the Highland Claimant Trust and they do not oppose the relief requested in this Motion.

> */s/ Geoffrey S. Harper*
> Geoffrey S. Harper