Jason S. Brookner (Texas Bar No. 240033684)
Andrew K. York (Texas Bar No. 24051554)
William N. Drabble (Texas Bar No. 24074154)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  jbrookner@grayreed.com
  dyork@grayreed.com
  wdrabble@grayreed.com
  jsmeltzer@grayreed.com
  drayshell@grayreed.com

*Counsel for Appellant Patrick Daugherty*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>　　　Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST and PATRICK DAUGHERTY,<br>　　　Appellants,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P, *et al.*,<br>　　　Appellees. | Case No. 3:25-cv-01876-K<br>(Consolidated with Case No. 3:25-cv-01901-K) |

**APPELLANTS' UNOPPOSED MOTION TO CONSOLIDATE
AND EXTEND APPELLANTS' PRINCIPAL BRIEFING DEADLINES**

Appellants Patrick Daugherty ("Daugherty") and The Dugaboy Investment Trust ("Dugaboy")(together, the "Appellants") bring this unopposed Motion to

4896-7197-7328

Consolidate and Extend Appellants' Initial Briefing Deadlines ("Motion") and respectfully request the Court to consolidate and extend each of the briefing deadlines as follows:

1. On September 9, 2025, the Clerk of Court for the United States Bankruptcy Court of the Northern District of Texas (the "Bankruptcy Court") filed its Notice of Transmittal and Certification of Record on Appeal for Dugaboy's Appeal of the Bankruptcy Court's Order approving settlement between the Highland Entities and the HMIT Entities. [Doc No. 34].

2. On September 12, 2025, the Bankruptcy Court filed its Notice of Transmittal and Certification of Record on Appeal for Daugherty's Appeal of the Bankruptcy Court's Order approving settlement between the Highland Entities and the HMIT Entities. [Doc. No. 35].

3. Therefore, pursuant to Fed. R. Bankr. P. 8018(a)(1), Dugaboy's principal appellant brief is due October 9, 2025, and Daugherty's principal appellant brief is due October 13, 2025.

4. Appellants now request the Court consolidate their respective principal appellant briefing deadlines and extend each to November 12, 2025. Appellants request the consolidation so the parties may avoid prejudice and more efficiently brief the issues at hand. Specifically, Appellant Daugherty requests an extension of the deadline, so his counsel may have sufficient time to comprehensively research and brief the issues presented in his appeal. During the briefing period, Appellant

4896-7197-7328

Daugherty's lead appellant counsel, William N. Drabble, has devoted and will devote time to the following matters: (1) preparing for and participating in oral argument in S*outhgate Homes DFW, LLC et al. v Sherman and Eunice Guillema*, Case No. 05-24-00620-CV, in the Fifth Court of Appeals (oral argument is scheduled for October 15, 2025); (2) drafting a response to a traditional and no-evidence motion for summary judgment in *Matthew Perry-Miller, Plaintiff, v. Thomas Crystal et al., Defendants,* Case No. 23-8792-481, in the 481st District Court of Denton County; (3) drafting an amended motion for summary judgment in *Commodities Futures Trading Commission et al., Plaintiffs, v. TMTE, Inc. et al., Defendants*, Civil Action No. 3:20-cv-2910-X, in the United States District Court for the Northern District of Texas; and (4) drafting Appellants' brief in *Frisco Summit, LP et al., Appellants, v. Frisco Multifamily Land GP, LLC et al., Appellees*, No. 15-25-00055-CV, in the Fifteenth Court of Appeals. Appellant Dugaboy joins in the request for extension and consolidation.

5. Appellees are unopposed to Appellants requested relief, and, in support, expressed that consolidation of the Appellants' briefing deadlines will permit Appellees to avoid prejudice and more efficiently respond to the issues raised by each Appellant.

6. Appellants, therefore, request the Court enter an order consolidating and extending the deadlines for each Dugaboy and Daugherty's principal appellant

4896-7197-7328

briefs to November 12, 2025, and setting the following briefing schedule for the benefit of the parties and the Court:

      a. November 12, 2025 – Appellants' Principal Brief Deadline

      b. December 17, 2025 – Appellees' Response Briefing Deadline

      c. January 7, 2026 – Appellants' Reply Brief Deadline

7. The requested consolidation and extension is not sought for delay and is made in good faith.

Dated: October 8, 2025.　　　　Respectfully submitted,

                            **GRAY REED**

                            By:　*/s/ Andrew K. York*
                                Jason S. Brookner (Texas Bar No. 240033684)
                                Andrew K. York (Texas Bar No. 24051554)
                                William N. Drabble (Texas Bar No. 24074154)
                                Joshua D. Smeltzer (Texas Bar No. 24113859)
                                Drake M. Rayshell (Texas Bar No. 24118507)
                                1601 Elm Street, Suite 4600
                                Dallas, Texas 75201
                                Telephone: (214) 954-4135
                                Facsimile: (214) 953-1332
                                Email:　　jbrookner@grayreed.com
                                　　　　　dyork@grayreed.com
                                　　　　　wdrabble@grayreed.com
                                　　　　　jsmeltzer@grayreed.com
                                　　　　　drayshell@grayreed.com

                        **Counsel for Appellant Patrick Daugherty**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Daugherty's counsel conferred with Counsel for Dugaboy and Appellees by email on September 29, and October 1, 7 and 8. Dugaboy's counsel joins in the relief requested, and Appellees are unopposed to the relief requested herein.

*/s/ Andrew K. York*
Andrew K. York

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Andrew K. York*
Andrew K. York

4896-7197-7328