Case No. 3:25-cv-1876-K

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re: Highland Capital Management, L.P.,

        Reorganized Debtor.

The Dugaboy Investment Trust and Patrick Daugherty,

    Appellants,

v.

Highland Capital Management, L.P. and Highland Claimant Trust,

    Appellees.

Appeal from the United States Bankruptcy Court for the
Northern District of Texas, Dallas Division
Case No. 19-34054-sgj11
Hon. Stacey G. C. Jernigan

## CERTIFICATE OF CONFERENCE REGARDING APPELLEES' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (AZ Bar No. 018825)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
(Texas Bar No. 24044908)
Zachery Z. Annable
(Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust*

1

In compliance with the Court's Order [Docket No. 61] of February 12, 2026, the undersigned hereby certifies that, between February 12 and 17, 2026, counsel for Appellees Highland Capital Management, L.P. and the Highland Claimant Trust (together, "Highland"), John A. Morris, communicated with (i) counsel for Appellant The Dugaboy Investment Trust ("Dugaboy"), Michael Gaddis, and (ii) counsel for Appellant Patrick Daugherty ("Mr. Daugherty"), Andrew K. York, regarding the relief requested in Highland's *Motion for Leave to File Sur-Reply Brief* [Docket No. 60] (the "Motion") filed February 11, 2026. Dugaboy is **UNOPPOSED** to the relief requested in the Motion. Mr. Daugherty is **OPPOSED** to the relief requested in the Motion.

[*Remainder of Page Intentionally Blank*]

February 17, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (AZ Bar No. 018825)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com
          gdemo@pszjlaw.com
          jkroop@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:  MHayward@HaywardFirm.com
          ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*

## CERTIFICATE OF SERVICE

    I certify that, on February 17, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system on all parties registered to receive electronic notice in this case.

By: */s/ Zachery Z. Annable*
Zachery Z. Annable
